[Civ. No. 3211. Second Appellate District, Division Two.—September 20, 1920.]

## PACIFIC SEASIDE HOME FOR CHILDREN (a Corporation), Appellant, v. NEWBERT PROTECTION DISTRICT (a Corporation), Respondent.

[1] APPEAL—ORDER SUSTAINING DEMURRER—DISMISSAL.—An appeal from an order sustaining a demurrer to a complaint is not an appealable order, and an attempted appeal from such an order will be dismissed.

APPEAL from an order of the Superior Court of Orange County sustaining a demurrer to a complaint. Z. B. West, Judge. Appeal dismissed.

The facts are stated in the opinion of the court.

James Donovan for Appellant.

Clyde Bishop for Respondent.

THOMAS, J.—In this action damages are sought for an alleged interference by the defendant with the natural flow of the waters of the Santa Ana River.

There was served and filed a third amended complaint, to which a general demurrer was interposed and sustained

without leave to amend. No judgment was given, made, or entered. The attempted appeal is from the order sustaining the demurrer.

[1] Such an order, under our law, is not appealable. (Sec. 963, Code Civ. Proc.)

The attempted appeal is dismissed.

Finlayson, P. J., and Weller, J., concurred.